■ In the Matter of CHARLES McCLINTON, Petitioner, v WIL-LIAM J. CONDON et al., Respondents. [44 NYS3d 912]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent William J. Condon, a Justice of the Supreme Court, Suffolk County, to determine the petitioner's motion pursuant to CPL article 330, made in a criminal action entitled *People v McClinton*, commenced under Suffolk County indictment No. 1554/15, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d

12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Leventhal, J.P., Austin, Duffy and Brathwaite Nelson, JJ., concur.